UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21534-RNS

**VICTOR ARIZA**,

    Plaintiff,

vs.

**KITON CORPORATION, a foreign for-profit corporation,**

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, and Defendant, KITON CORPORATION, by and through undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

Dated: August 12, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By ____*s/ Roderick V. Hannah*____ | By ____*s/ Pelayo M. Duran*____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**AKERMAN LLP**
Counsel for Defendant
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL  33401
(561) 671-3675
Arlene.kline@akerman.com

By: _____/s/ Arlene K. Kline_____
    ARLENE K. KLINE
    Fla. Bar No. 104957


**AKERMAN LLP**
Co-Counsel for Defendant
50 North Laura Street, Suite 3100
Jacksonville, FL  32202
(904) 798-3700
Ashlea.edwards@akerman.com

By:____/s/ Ashlea A. Edwards_____
    ASHLEA A. EDWARDS
    Fla. Bar No. 117691